**Fill in this information to identify the case:**

Debtor name: Whitestone Crossing Austin LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Samson Funding<br>17 State Street<br>New York, NJ, 10004 | Julian Barnes<br>347-442-7999 | Other | | | | 109,732.00 |
| 2 | The LCF Group<br>3000 Marcus Avenue<br>Suite 2W15<br>New Hyde Park, NY, 11042 | Dani Kasper Hernandez<br>866-6047-4519 | Other | | | | 109,600.00 |
| 3 | Credibly<br>25200 Telegraph Road<br>Suite 350<br>Southfield, MI, 48033 | Credibly<br>888-664-1444 | Other | | | | 40,000.00 |
| 4 | Bitty Advance<br>1855 Griffin Road<br>A-474<br>Dania, FL, 33004 | Christian Britse<br>954-890-1130 | Other | | | | 27,119.00 |
| 5 | National Fire Safety<br>8930 Diplomacy Row<br>Dallas, TX, 75247 | Fatina Willams<br>972-289-8601 | Other | | | | 13,107.00 |
| 6 | Intersolutions<br>P.O. Box 780257<br>Philadelphia, PA | Sarah Ziegler<br>848-202-7362 | Other | | | | 6,377.57 |
| 7 | HD Supply<br>P.O. Box 509058<br>San Diego, CA, 92150 | HD Supply Billing<br>800-798-8888 | Other | | | | 3,785.46 |
| 8 | Smart City Locating<br>P.O. Box 648000<br>Dallas, TX, 75264 | Smart City Locations<br>214-586-0519 | Other | | | | 3,354.00 |

Debtor  Whitestone Crossing Austin LLC
_____Name_____

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Valor Fire Protection<br>3580 Rocking J Road<br>Suite 500<br>Sandy, TX, 78665 | Michael Correll<br>512-846-4142 | Other | | | | 3,276.98 |
| 10 | Western States Fire Protection<br>1801 Central Commerce Ct<br>Round Rock, TX, 78664 | Western States Fire Protection<br>512-832-8069 | Other | | | | 2,295.00 |
| 11 | LPT Realty<br>P.O. Box 738015<br>Dallas, TX, 75373 | Crystal Torrese-Ramirez<br>425-736-2022 | Other | | | | 1,620.00 |
| 12 | The Helium House<br>P.O. Box 30015<br>Austin, TX | Jorge Barney<br>512-913-8808 | Other | | | | 1,400.94 |
| 13 | NB Elite Realty<br>1101 Brickwell Ave<br>South Tower 8th Floor<br>Miami, FL, 33131 | NB Elite Realty<br>512-717-7289 | Other | | | | 1,275.00 |
| 14 | Cedar Park Overhead Doors<br>1408 N. Bell Blvd.<br>Cedar Park, TX, 78613 | Rachel Quinteros<br>512-335-7289 | Other | | | | 856.26 |
| 15 | Wilford Painting LLC<br>P.O. Box 80322<br>Austin, TX, 78708 | Wilford Painting<br>512-906-4170 | Other | | | | 856.26 |
| 16 | In Door Weather Professional<br>3571 Far West Blvd.<br>Austin, TX, 78731 | Indoor Weather Professionals<br>512-538-8288 | Other | | | | 840.99 |
| 17 | Resprop Management Company LLC<br>c/o Rigby Slack PLLC, 3500 Jefferson Street, Suite 330<br>Austin, TX, 78731 | A. Lee Rigby<br>512-782-2060 | Other | Disputed | | | 0.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |