BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:  Whitestone Crossing Austin LLC

Case No.: 25-31768-sgj11

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*filed on May 15, 2025*)( *only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

5/20/2023
Date

Signature of Attorney (if applicable)

*[Signature]*
Signature of Debtor

0943
Debtor's Social Security (last four digits only) /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security (last four digits only) /Tax ID No.